IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIMMIE L. GULLY and GLORIA KELLY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) No. 04 C 6821 ) and 04 C 8080 ) |
| VAN RU CREDIT CORPORATION, | ) ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiffs have moved to strike the confidential demarcation of a document they filed in conjunction with their motion for reconsideration. That motion is granted. The document was apparently produced by defendant during discovery. We are told that it is not defendant's document but, rather, a document of defendant's client. It is, apparently, a script for an oral presentation. The case relates to written collection letters. We fail to see its relevance. Moreover, the Court of Appeals could review it with or without the demarcation. Nevertheless, it is part of the record and it is not confidential.

JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 19, 2005.